UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

**THOMAS D. SHIELDS,**

        **Plaintiff,**

**-v-**

**US ARMY/GOVERNMENT,**

        **Defendant.**

Case No. C-3:11-cv-140

Judge Thomas M. Rose
Magistrate Judge Sharon L. Ovington

---

**ENTRY AND ORDER OVERRULING SHIELDS' OBJECTIONS (Doc. #4) TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS; ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (Doc. #3) IN ITS ENTIRETY; DISMISSING SHIELDS' COMPLAINT AND TERMINATING THIS CASE**

---

    This matter comes before the Court pursuant to pro se Plaintiff Thomas D. Shields' ("Shields'") Objections (doc. #4) to Magistrate Judge Sharon L. Ovington's Report and Recommendations (doc. #3) regarding Shields' Complaint. Shields' Complaint has not been served. Thus, his Objections are ripe for decision.

    As required by 28 U.S.C. §636(b) and Federal Rules of Civil Procedure Rule 72(b), the District Judge has made a de novo review of the record in this case. Upon said review, the Court finds that Shields' Objections to the Magistrate Judge's Report and Recommendations are not well-taken, and they are hereby OVERRULED. The Magistrate Judge's Report and Recommendations is adopted in its entirety.

    Upon sua sponte review before serving, Shields' Complaint is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B). Shields' Complaint is dismissed because it does not make an arguable legal claim. Finally, this case is hereby ordered terminated on the docket records of the United

States District Court for the Southern District of Ohio. Western Division at Dayton.

**DONE** and **ORDERED** in Dayton, Ohio, this Nineteenth Day of July, 2011.

                                                          **s/Thomas M. Rose**

                                          _____
                                                     THOMAS M. ROSE
                                        UNITED STATED DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Thomas D. Shields at his last address of record